UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JEFFREY E. WALKER,                    )   CASE NO. CV 10-5629-VAP (PJW)
                                      )
              Plaintiff,              )
                                      )   ORDER ACCEPTING FINAL REPORT AND
         v.                           )   ADOPTING FINDINGS, CONCLUSIONS,
                                      )   AND RECOMMENDATIONS OF UNITED
DR. SCOTT, et al.,                    )   STATES MAGISTRATE JUDGE
                                      )
              Defendants.             )
_____)

     Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion to dismiss, the other records on file herein, the Report and Recommendation and the Final Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

     IT THEREFORE IS ORDERED that Judgment be entered granting in part and denying in part the motion to dismiss, and granting Plaintiff leave to file a Third Amended Complaint.

     DATED:   January 23 2014 .

                              _____
                              VIRGINIA A. PHILLIPS
                              UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\WALKER 5629\Order accept r&r.wpd