```
FILED
CLERK, U.S. DISTRICT COURT

JAN 4 2016

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>        Plaintiff,<br><br>    v.<br><br>Dr. SCOTT, et. al.<br><br>        Defendants. | CASE NO. CV 10-5629-VAP (PJW)<br><br>J U D G M E N T |

Pursuant to the Order filed this day,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: 1/4/16

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-Civil Rights\WALKER 5629\judgment.wpd