FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2016
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY E. WALKER,<br><br>Plaintiff,<br><br>v.<br><br>DR. SCOTT, et al.,<br><br>Defendants. | Case No. CV 10-5629 VAP (PJW)<br><br>[~~PROPOSED~~] ORDER |

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is dismissed with prejudice. Each party is to bear his own costs, fees, and expenses of any type, including attorney's fees. There is no prevailing party in this action. The mediator shall retain jurisdiction for the sole purpose of enforcement of the terms of the settlement agreement between the parties.

**IT IS SO ORDERED.**

Dated: 2/11/16

_____
Hon. Virginia A. Phillips
United States District Judge

1